1 | KIMBERLY A. SANCHEZ
Acting United States Attorney
2 | JOSEPH D. BARTON
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Aug 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00049-CDB |
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| JUAN LOPEZ-PEREZ, | |
| Defendant. | |

Good cause appearing due to Defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: **August 4, 2025**

_____
UNITED STATES MAGISTRATE JUDGE