IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN-LOPEZ-PEREZ<br>aka Rogaciano Cruz-Arrellano,<br><br>　　　　　　Defendant. | CASE NO.  1:25-CR-00162-KES-BAM<br><br>ORDER DENYING GOVERNMENT'S MOTION TO STAY RELEASE ORDER AND SETTING HEARING ON MOTION TO REVOKE |

　　On September 2, 2025, the government filed a motion to revoke the magistrate judge's pretrial release order in this case, which was issued following a bail review hearing.  Docs. 19, 20.  The government also filed a motion to stay the pretrial release order pending the Court's resolution of the motion to revoke.  Doc. 21.  Defendant filed an opposition to the government's stay motion.  Doc. 22.

　　The government's motion for a stay is denied as the government has failed to meet its burden of establishing that a stay is warranted in this matter.

　　Defendant shall file any opposition to the motion to revoke by September 5, 2025.  The government may file a reply, if any, by September 8, 2025, at 5:00 p.m.  The motion to revoke will be heard on September 9, 2025, at 10:00 a.m. in Courtroom 6.

IT IS SO ORDERED.

　　Dated:　　September 3, 2025　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1