**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JUAN LOPEZ-PEREZ**<br>**aka Rogaciano Cruz-Arrellano**<br><br>　　　　　Defendant. | CR NO: 1:25-cr-00162-KES-BAM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

　　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: Juan Lopez-Perez aka Rogaciano Cruz-Arrellano
Detained at: Mesa Verde Detention Center
Detainee is:　　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　　charging detainee with: 8 USC 1326(a)
　　or　　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　or　　　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Tuesday, September 9, 2025, at 10:00 am, at the Fresno Federal Courthouse*

Signature: */s/ Joseph Barton*
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

**WRIT OF HABEAS CORPUS**

　　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 3, 2025

Honorable Christopher D. Baker
United States Magistrate Judge

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if<br>Booking or CDC #: Alien # A95286206; USM # 62156-208<br>Facility Address: 425 Golden State Hwy, Bakersfield, CA<br>Facility Phone: (661) 859-1028<br>Currently | ☒ Male ☐ Female<br>DOB:<br>Race: Hispanic<br>FBI#: |

**RETURN OF SERVICE**

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　(signature)