ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00162-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JUAN LOPEZ-PEREZ<br>aka Rogaciano Cruz-Arrellano, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for September 10, 2025, at 1:00 p.m., may be continued until October 8, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 8, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  September 3, 2025                    _/s/ Laura Myers_____
                                             Laura Myers
                                             Counsel for the Defendant


Dated:  September 3, 2025                    _/s/ Joseph Barton_____
                                             Joseph Barton
                                             Assistant United States Attorney

1  ERIC GRANT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          Case No. 1:25-cr-000162-KES-BAM
12

13              Plaintiff,            ORDER TO CONTINUE STATUS
                                      CONFERENCE
14
        v.
15
    JUAN LOPEZ-PEREZ
16  aka Rogaciano Cruz-Arrellano,
17              Defendant.
18

19

20      Upon the parties' stipulation and for good cause shown, the status conference scheduled

21  for September 10, 2025, is continued until **October 8, 2025, at 1:00 p.m., before the**

    **Honorable Barbara A. McAuliffe**.  The period through October 8, 2025, inclusive, is excluded
22
    pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
23

24
    IT IS SO ORDERED.
25

26  Dated:   **September 4, 2025**          /s/ *Barbara A. McAuliffe*
27                                      UNITED STATES MAGISTRATE JUDGE

28